1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAURA EMERTON,                                No.  2:14-cv-2658 TLN DAD

12                  Plaintiff,

13        v.                                        ORDER

14   CLEAN HARBORS, INC.,

15                  Defendant.

16

17        On June 26, 2015, this matter came before the undersigned for hearing of plaintiff's

18   motion to compel.  Attorney Michele Jackson appeared telephonically on behalf of the plaintiff

19   and attorney Victoria Tallman appeared telephonically on behalf of the defendant.

20        Upon consideration of the arguments on file and at the hearing, and for the reasons set

21   forth on the record at the hearing, IT IS HEREBY ORDERED that plaintiff's June 4, 2015

22   motion to compel (Dkt. No. 17) is denied without prejudice in light of defendant's supplemental

23   production and responses to discovery propounded.

24   Dated:  June 26, 2015

25

26   _____

                           DALE A. DROZD
27   DAD:6                   UNITED STATES MAGISTRATE JUDGE
     Ddad1\orders.civil\emerton2658.oah.062615.docx

28

                                              1