DAVID YEREMIAN & ASSOCIATES, INC.
David H. Yeremian (SBN 226337)
david@yeremianlaw.com
Michele Jackson (SBN 209841)
Michele@yeremianlaw.com
535 North Brand Boulevard, Suite 705
Glendale, California 91436
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff LAURA EMERTON


Sarah R. Nichols, CA Bar No. 233099
sarah.nichols@ogletreedeakins.com
Victoria L. Tallman, CA Bar No. 273252
victoria.tallman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SteuartTower, Suite 1300
One MarketPlaza
San Francisco, CA94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendants
CLEAN HARBORS INDUSTRIAL SERVICES, INC.;
And CLEAN HARBORS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA EMERTON,<br><br>            Plaintiff,<br><br>      vs.<br><br>CLEAN HARBORS, INC., A CALIFORNIA CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>            Defendants. | Case No. 2:14-cv-02658-TLN-DAD<br><br>**STIPULATION AND ORDER SEEKING TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br>Action Filed:     October 3, 2014<br>Trial Date:        October 3, 2016 |

Plaintiff Laura Emerton ("Plaintiff") and Defendants Clean Harbors Industrial Services, Inc. and Clean Harbors, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

## **STIPULATION**

A. WHEREAS, the Honorable Judge Troy L. Nunley issued a Pre-Trial Scheduling Order in this matter dated March 25, 2015;

B. WHEREAS, the March 25, 2015 Pre-Trial Scheduling Order calls for discovery to close on November 5, 2015;

C. WHEREAS, the March 25, 2015 Pre-Trial Scheduling Order calls for the disclosure of expert witnesses to occur on January 7, 2016;

D. WHEREAS, although they have acted with due diligence, neither party has completed discovery and in the interest of promoting meaningful litigation through discovery, the parties seek to amend the March 25, 2015 Pre-Trial Scheduling Order to allow discovery to continue until February 13, 2016 and to exchange expert witness information on or before April 3, 2016;

**IT IS HEREBY STIPULATED:**

1. The Parties wish to amend the Pre-Trial Scheduling Order to permit discovery to continue until a Discovery Close date of February 13, 2016.
2. The Parties wish to amend the Pre-Trial Scheduling Order with regard to Disclosure of Expert Witnesses to occur on or before April 3, 2016.
3. All other dates in the March 25, 2015 Pre-Trial Scheduling Order are to remain unchanged.

DATED:  November 3, 2015        DAVID YEREMIAN & ASSOCIATES, INC.

                                By /s/Michele Jackson
                                   David Yeremian
                                   Michele L. Jackson
                                   Attorneys for Plaintiff
                                   LAURA EMERTON

DATED:  November 3, 2015          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:    /s/Victoria L. Tallman
    Sarah R. Nichols
    Victoria L. Tallman
    Attorneys for Defendant
    CLEAN HARBORS INDUSTRIAL SERVICES, INC. and CLEAN HARBORS, INC.

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS HEREBY ORDERED that the March 25, 2015 Pre-Trial Scheduling Order be modified to reflect that Discovery in this matter shall be completed on February 13, 2016 and that Disclosure of Expert Witness Information shall occur on or before April 3, 2016. All other dates and information in the March 25, 2015 Pre-Trial Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated: November 3, 2015

_____
Troy L. Nunley
United States District Judge